# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Brent David Smyles and | ) | Case No. 13-58294-CRM |
| Robin Lynn Smyles | ) | |
| | ) | |
| Debtors. | ) | |

## WITHDRAWAL OF DOCUMENT

**COMES NOW** Brent David Smyles and Robin Lynn Smyles, Debtors in the above-styled case, by and through Counsel, and state as filed:

1.

Debtors withdraw Motion to Reopen Chapter 7 Case filed on September 9, 2014. (Doc. No. 22)

This 11th day of September, 2014.

                                                              Respectfully submitted,

                                                              _____/s/_____
                                                               Dan Saeger
                                                               Attorney for Debtor
                                                               Georgia Bar No. 680628

RICKMAN & ASSOCIATES, PC
1755 North Brown Road, Suite 200
Lawrenceville, GA 30043
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

### CERTIFICATE OF SERVICE

  I certify that true and correct copies of WITHDRAWAL OF DOCUMENT has been served upon the following by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail addressed for delivery to:

    Brent David Smyles
    Robin Lynn Smyles
    630 Herring Lane
    Grayson, GA 30017

    *Chapter 7 Trustee*
    Tamara Miles Ogier
    Ogier, Rothschild & Rosenfeld PC
    170 Mitchell St. S.W.
    Atlanta, GA 30303

    *U.S. Trustee*
    Office of the United States Trustee
    362 Richard Russell Building
    75 Spring Street, SW
    Atlanta, GA 30303

And all creditors on the attached creditor matrix.

This 11th day of September, 2014.

                Respectfully submitted,

                _____/s/_____
                Dan Saeger
                Attorney for Debtor
                Georgia Bar No. 680628

RICKMAN & ASSOCIATES, PC
1755 North Brown Road, Suite 200
Lawrenceville, GA 30043
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

```
Label Matrix for local noticing          A S Collection Associates              Accounts Receivable Management
113E-1                                    PO Box 395                             PO Box 129
Case 13-58294-crm                         Williamstown VT 05679-0395             Thorofare NJ 08086-0129
Northern District of Georgia
Atlanta
Mon Sep  8 14:52:30 EDT 2014

Allied Collection                         American Signature                     Patti H. Bass
8600 Pendegrass Road                      PO Box 182789                          Bass & Associates, PC
Hoschton GA 30548-2300                    Columbus OH 43218-2789                 Suite 200
                                                                                 3936 E. Ft. Lowell Road
                                                                                 Tucson, AZ 85712-1083

CAC Financial Corp                        Capital One                            Capital One  Best Buy
2601 NW Expressway                        PO Box 30281                           PO Box 30281
Oklahoma City OK 73112-7236               Salt Lake City UT 84130-0281           Salt Lake City UT 84130-0281


Capital One, N.A.                         Chase Bank                             Enhanced Recovery Co LLC
Bass & Associates, P.C.                   PO Box 15298                           8014 Bayberry Road
3936 E. Ft. Lowell Road, Suite #200       Wilmington DE 19850-5298               Jacksonville FL 32256-7412
Tucson, AZ 85712-1083


Ford Motor Credit                         Ford Motor Credit Company, LLC, A Delaware L   Frederick J Hanna  Associates PC
PO Box 5420000                            Barrett Daffin Frappier                1427 Roswell Road
Omaha NE 68154                            Levine & Block, LLP                    Marietta Georgia 30062-3668
                                          780 Johnson Ferry Road
                                          Suite 240
                                          Atlanta, GA 30342-1434

GE Capital Retail Bank                    Kohls  CapOne                          Ronald A. Levine
c/o Recovery Management Systems Corp.     PO Box 3115                            Barrett Daffin Frappier Levine & Block
25 SE 2nd Avenue, Suite 1120              Milwaukee WI 53201-3115                Suite 240 - Centrum at Glenridge
Attn: Ramesh Singh                                                               780 Johnson Ferry Road
Miami, FL 33131-1605                                                             Atlanta, GA 30342-1434

Midland Funding                           Office of the United States Trustee    Tamara Miles Ogier
8875 Aero Dr                              362 Richard Russell Building           Ogier, Rothschild & Rosenfeld PC
Suite 200                                 75 Spring Street, SW                   170 Mitchell St. S.W.
San Diego CA 92123-2255                   Atlanta, GA 30303-3315                 Atlanta, GA 30303-3441


Optimum Outcomes                          Recovery Management Systems Corporation   Robert Rickman
2651 Warrenville Rd Suite 5               25 S.E. 2nd Avenue, Suite 1120         Rickman & Associates, PC
Downers Grove IL 60515-5559               Miami, FL 33131-1605                   Suite 200
                                                                                 1755 North Brown Road
                                                                                 Lawrenceville, GA 30043-8196

Daniel R. Saeger                          Brent David Smyles                     Robin Lynn Smyles
Rickman & Associates, P.C.                630 Herring Road                       630 Herring Road
706 S Thornton Ave. Ste. D                Grayson, GA 30017-1304                 Grayson, GA 30017-1304
Dalton, GA 30720-8212


The Home DepotCBNA                        Wells Fargo Home Mortgage              End of Label Matrix
PO Box 6497                               PO Box 10335                           Mailable recipients    28
Sioux Falls SD 57117-6497                 Des Moines IA 50306-0335               Bypassed recipients     0
                                                                                 Total                  28
```